CHICLE DEVELOPMENT COMPANY, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS HOCHREICH, Respondent, v. AMALGAMATED LAUNDRIES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANNA RYAN and PATRICK J. McNULTY, as Executors and Trustees, etc., of EUGENE J. FLOOD, Deceased.*— Decree so far as appealed from affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [133 Misc. 72.]

OTTO KOESTER, Appellant, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY WEINBERGER, Appellant, v. JACOB ZELENKO and Others, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [134 Misc. 244.]

GUERIN MILLS, INC., Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [134 Misc, 256.]

MARGARET MEADE, Respondent, v. AGNES MURRAY and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGUERITE M. METZNER, Respondent, v. ELLBAR REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WARD BAKING COMPANY, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB ATKIN, Respondent, v. FANNY FREED, Appellant, Impleaded with Others. —Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK KOWALSKY, Respondent, v. TEXAS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent and vote for reversal and a new trial on the ground that the verdict is excessive.

THE DAILY GRAPHIC, INC., Appellant, v. ABEL'S, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.